E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | CASE NO. _____ |
| vs. REDWOOD CITY, REDWOOD CITY POLICE DEPARTMENT, OFFICER S. SYSUM, ROSEMARY WILLIAMS, RHONDA WILLIAMS COKER Defendant. | APPLICATION TO PROCEED IN FORMA PAUPERIS (Non-prisoner cases only) |

I, MARVIN G. Conley, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                                    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____   Net: _____0_____

Employer: _____0_____

_____0_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____0_____
3  _____0_____
4  _____0_____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.   Business, Profession or               Yes ___ No _X_
8          self employment?
9     b.   Income from stocks, bonds,            Yes ___ No _X_
10         or royalties?
11    c.   Rent payments?                        Yes ___ No _X_
12    d.   Pensions, annuities, or               Yes ___ No _X_
13         life insurance payments?
14    e.   Federal or (State welfare payments)   Yes _X_ No ___
15         (Social Security) or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19         SSI & AFDC
20 _____
21 3.   Are you married?                         Yes _X_ No ___
22 Spouse's Full Name: _JHAMELLA P. CONLEY (SEPARATED)_
23 Spouse's Place of Employment: _____0_____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____0_____ Net $_____0_____
26 4.   a.   List amount you contribute to your spouse's support: $ _____0_____
27    b.   List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _3 years & 4 years  AFDC (welfare)_
3

4  5.   Do you own or are you buying a home?      Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?                 Yes _X_ No ___
7  Make _Chev_   Year _9C_   Model _Pelmme Van_
8  Is it financed? Yes ___ No _X_ If so, Total due: $_____
9  Monthly Payment: $_____
10 7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
11 Name(s) and address(es) of bank: ____0____
12 ____0____
13 Present balance(s): $ ____0____
14 Do you own any cash? Yes ___ No _✓_ Amount: $ ____0____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                 Yes ___ No _X_
17

18 8.   What are your monthly expenses?
19 Rent: $ _774_         Utilities: _$120.00_
20 Food: $ _Food Stamps $200.00_  Clothing: _$45.00_
21 Charge Accounts:
22 Name of Account        Monthly Payment         Total Owed on This Account
23 ____0____              $ ____0____             $ ____0____
24 ____0____              $ ____0____             $ ____0____
25 ____0____              $ ____0____             $ ____0____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)   NONE
28

- 3 -

1      NONE

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

6      NONE

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11    4/22/08            Mr. Marvin G. Conley
12    (m.c.) 22    DATE            SIGNATURE OF APPLICANT

- 4 -