FILED
08 JUN -2 AM 11: 06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CONLEY, et al., | Case No. C08-2101 EMC |
| Plaintiffs, | |
| v. | |
| REDWOOD CITY, et al., | |
| Defendants. | |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/23/08

_Marvin Conley_
Signature
Counsel for Marvin Conley
(Name of party or indicate "pro se")