C08-2101/VRW

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**FILED**

08 JUL 14 AM 11: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on **Rhonda Coker**, by:

(1) personally delivering a copy of each to the individual at this place, **260 Terminal Ave.**; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with **Rhonda Coker** who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **6-19-08**

**Reggie** (650) 630-0918
Server's signature

**Reggie**
Printed name and title

**647 Pierce Rd. Menlo Park Ca. 94025**
Server's address