|     |     |
| --- | --- |
| 1   | MARVN CONLEY |
| 2   | 1783 Michigan Avenue |
|     | East Palo Alto, CCA 94303 |
| 3   | Tel.(650)323-7280 |
| 4   | Prose Se Plaintiffs |
|     | MARVIN CONLEY, MARLIN CONLEY |
| 5   | and MARVISHA CONLEY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

( SAN FRANCISCO DIVISION )

| | |
|---|---|
| MARVIN CONLEY, MARLIN CONLEY, MARVISHA CONLEY, <br><br>  Plaintiffs, <br><br> vs. <br><br> REDWOOD CITY, REDWOOD CITY POLICE DEPARTMENT, OFFICER S. SYSUM, Mrs. ROSEMARY WILLIAMS, Mrs. RHONDA W. COKER, and DOES 1-10, INCLUSIVE, <br><br>  Defendants, | CASE NO.: CV 08 2101 VRW <br><br><br> NOTICE OF SUBSTITUTION OF ATTORNEY |

NOTICE IS HEREBY GIVEN to the Court and all parties in this action that Plaintiff MARVIN CONLEY on behalf of himself and his under aged children MARLIN CONLEY AND MARVISHA CONLEY as natural father, guardian and guardian ad litem has substituted the LAW OFFICES OF BEREHANU H. CHALLA as attorney of record in this action to represent him and his children as Plaintiffs collectively.  Mr. Berehanu H. Challa, Esq., on behalf of the LAW OFFICES OF BEREHANU H. CHALLA has agreed to represent Plaintiffs in this action.

All Court orders and other documents in this action should now be served on the LAW OFFICES OF BEREHANU H. CHALLA at the following address:

LAW OFFICES OF BEREHANU H. CHALLA
1600 Adams Drive, Suite 217
Menlo Park, CA 94025
Tel.(650)688-5786, Fax (650)688-5787

Plaintiff MARVIN CONLEY on behalf of himself and his under aged children MARLIN CONLEY and MARVISHA CONLEY and the Substituting attorney Berehanu H. Challa request the court to approve this substitution of attorney.

DATED: 10/30/2008                         (S) Marvin Conley
                                          MARVIN CONLEY
                                          Plaintiff In Pro Per


                                          LAW OFFICES OF BEREHANU H. CHALLA

DATED: 10/30/2008                         (S) Berehanu H. Challa
                                          Berehanu H. Challa, Esq.
                                          Substituting Attorney


ORDER APPROVING SUBSTITUTION OF ATTORNEY

GOOD CAUSE APPEARING THE SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED.

IT IS SO ORDERED.

DATED: 12/18/2008

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2