**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   MARVIN CONLEY, MARLIN CONLEY and       No   C 08-2101 VRW
     MARVISHA CONLEY,
13                                                ORDER
             Plaintiffs,
14
             v
15
     REDWOOD CITY et al,
16
             Defendants.
17   _____/

18
             Plaintiffs filed a motion seeking to have the undersigned
19
     disqualified from the case pursuant to 28 USC § 144 and 28 USC §
20
     455(b).  Doc #29.  The clerk shall assign the matter to another
21
     judge pursuant to Civ LR 3-15.
22

23
             IT IS SO ORDERED.
24

25

26                                    _____

27                                    VAUGHN R WALKER
                                      United States District Chief Judge
28