UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN CONLEY, et al.,

       Plaintiffs,

  vs.                                    No.    C 08-2101 VRW

REDWOOD CITY, et al.,

       Defendants.

_____/

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED:

    On January 12, 2009, the Honorable Vaughn R. Walker directed that Plaintiffs' Motion for Disqualification be referred to the Clerk, pursuant to Civil Local Rule 3-15, for random reassignment to another Judge. The motion is hereby referred to the Honorable William H. Alsup.

                                                FOR THE EXECUTIVE COMMITTEE:

Dated: Jan. 12, 2009                            _____
                                                    IAN S. KEYE
                                                    Chief Deputy Clerk

COPIES SENT TO PARTIES OF RECORD.