**BEREHANU H. CHALLA [SBN: 179405]**
**LAW OFFICES OF BEREHANU H. CHALLA**
424 Callan Avenue # 127
San Leandro, CA 94577

Attorney for Plaintiffs
MARVIN CONLEY and minors MARLIN and
MARVISHA CONLEY, through their guardian
ad litem MARVIN CONLEY


**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 200961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendant
CITY OF REDWOOD CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CONLEY, MARLIN CONLEY, MARVISHA CONLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD CITY; REDWOOD CITY POLICE DEPARTMENT; OFFICER S. SYSUM; MS. ROSEMARY WILLIAMS; MRS. RHONDA WILLIAMS COKER; and DOES 1-10, INCLUSIVE <br><br> Defendants. | Case No. C08-2101 VRW <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PETITIONER FOR MINORS' COMPROMISE OF PENDING ACTION, DISTRIBUTION OF ATTORNEY'S FEES** <br><br> DATE: January 7, 2010 <br> TIME: 10:00 a.m. <br> DEPT.: 17th FL: CrtRm 6 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

Having reviewed the proposed settlement, petition for minor's compromise and distribution of attorney's fees and costs, petitioner Marvin Conley's petition for the approval of minors' compromise is **HEREBY GRANTED**.

///

---
1
~~[Proposed]~~ Order Granting Approval of Minors' Compromise; Case No. C08-2101

**IT IS FURTHER ORDERED THAT** the gross amount or value of settlement for Marlin Conley and Marvisha Conley ("claimants") shall be $3,333.33 each.

Defendant the City of Redwood City ("the City") shall disburse the proceeds of the settlement in the following manner:

1. Payment of fees and expenses to attorney Berehanu H. Challa, Esq. in the amount of $3,100.00.

2. One check in the amount of $2,300.00 drawn payable to the order of Marvin Conley as trustee for Marlin Conley. The check must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of Marvin Conley as trustee for Marlin Conley, and no withdrawals may be made from the account except as provided in the Order to Deposit Money Into Blocked Account, which is signed contemporaneously with this Order.

3. One check in the amount of $2,300.00 drawn payable to the order of Marvisha Conley as trustee for Marlin Conley. The check must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of Marvin Conley as trustee for Marvisha Conley, and no withdrawals may be made from the account except as provided in the Order to Deposit Money Into Blocked Account, which is signed contemporaneously with this Order.

4. One check in the amount of $2,300.00 drawn payable to Marvin Conley.

**IT IS FURTHER ORDERED** that within 48 hours of receipt of a check described above in parts 2. and 3., Marvin Conley and his attorney must deposit the check in Marvin Conley's name as trustee for the named claimant in one or more blocked accounts at Fremont Bank, 39150 Fremont Blvd, Fremont, CA 94538.

The blocked account or accounts belong to a minor. No withdrawals of principals or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this Court, until the

minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order from this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

**IT IS FURTHER ORDERED THAT** Mr. Conley is authorized and direct to execute any and all documents necessary to carry out the terms of the settlement.

DATED: January 7, 2010

_____
THE HONORABLE VAUGHN R. WALKER