**BEREHANU H. CHALLA [SBN: 179405]**
**LAW OFFICES OF BEREHANU H. CHALLA**
424 Callan Avenue # 127
San Leandro, CA 94577

Attorney for Plaintiffs
MARVIN CONLEY and minors MARLIN and
MARVISHA CONLEY, through their guardian
ad litem MARVIN CONLEY


**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 200961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendant
CITY OF REDWOOD CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CONLEY, MARLIN CONLEY, MARVISHA CONLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD CITY; REDWOOD CITY POLICE DEPARTMENT; OFFICER S. SYSUM; MS. ROSEMARY WILLIAMS; MRS. RHONDA WILLIAMS COKER; and DOES 1-10, INCLUSIVE<br><br>Defendants. | Case No. C08-2101 VRW<br><br>**[PROPOSED] ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR MARLIN CONLEY**<br><br>**DATE:** January 7, 2010<br>**TIME:** 10:00 a.m.<br>**DEPT.:** 17th FL; CrtRm 6 |

**IT IS HEREBY ORDERED THAT** the money that belongs to Marlin Conley shall be deposited into an interest bearing, federally insured blocked account or accounts. Each account shall indicate the name of the minor who owns the account. The total amount authorized for deposit, including accrued interest is $2,300.00.

///

1    **IT IS FURTHER ORDERED** that the blocked accounts belong to a minor, Marlin
2    Conley, born September 22, 2003. No withdrawals of principal or interest shall be made from the
3    blocked account without a written order under the case name and number, signed by a judge, and
4    bearing the seal of this Court, until the minor attains the age of 18 years. When the minor attains
5    the age of 18 years, the depository, without further order of this Court, is authorized and directed to
6    pay by check or draft directly to the former minor, upon proper demand, all moneys including
7    interest deposited under this order. The money on deposit is not subject to escheat.

8    The petitioner's attorney, if any, shall deliver a copy of this order to each depository in
9    which funds are deposited under this order. The depository's acknowledgment of receipt of the
10   order and the funds shall be filed with the Court within 15 days of deposit.

DATE: January 7, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

**HOWARD ROME MARTIN & RIDLEY LLP**
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715