BEREHANU H. CHALLA [SBN: 179405]
LAW OFFICES OF BEREHANU H. CHALLA
540 Callan Avenue #217
San Leandro, CA 94577

Attorney for Plaintiffs
MARVIN CONLEY and minors MARLIN and
MARVISHA CONLEY, through their guardian
ad litem MARVIN CONLEY


JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
MELISSA M. HOLMES [SBN: 200961]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715


Attorneys for Defendant
CITY OF REDWOOD CITY

**IT IS SO ORDERED**
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CONLEY, MARLIN CONLEY, MARVISHA CONLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD CITY; REDWOOD CITY POLICE DEPARTMENT; OFFICER S. SYSUM; MS. ROSEMARY WILLIAMS; MRS. RHONDA WILLIAMS COKER; and DOES 1-10, INCLUSIVE<br><br>Defendants. | Case No. C08-2101 VRW<br><br>**STIPULATION OF DISMISSAL**<br>**FRCP 41 (a) (1)**<br><br>Judge: Hon. Vaughn R. Walker |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-entitled action is dismissed with prejudice as to defendants the

---

CITY OF REDWOOD CITY, (erroneously sued as Redwood City and Redwood City Police Department) and OFFICER S. SYSUM in its entirety pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

DATE: February 10, 2010

HOWARD ROME MARTIN & RIDLEY LLP

By: *[signature]*
Joseph C. Howard, Jr.
Melissa M. Holmes
Attorneys for Defendants
CITY OF REDWOOD CITY

DATE: February 10, 2010

LAW OFFICES OF BEREHANU H. CHALLA

By: *[signature]* Berehanu Challa
Berehanu H. Challa
Attorneys for Plaintiffs
MARVIN CONLEY, MARLIN CONLEY, and MARVISHA CONLEY